IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID SHAMONT LINDSEY,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF JUSTICE et al,

    Defendants.

ORDER

20-cv-790-wmc
App. No. 24-01950

Plaintiff David Shamont Lindsey has filed a notice of appeal from an order entered on April 22, 2024. Plaintiff also filed a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff David Shamont Lindsey may have until July 8, 2024 to pay the $605[1] appellate docketing fee or submit a certified trust fund account statement for the six-month period preceding the appeal. Failure to meet this deadline may result in dismissal of the appeal.

Entered this 11th day of June, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the total fee for filing an appeal is $605 ($600 docketing fee plus $5 statutory fee).